| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | D. PETER HARVEY (SBN 55712) |
| 2 | SETH I. APPEL (SBN 233421) |
| | Four Embarcadero Center, 39th Floor |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 354-0100 |
| 4 | Facsimile: (415) 391-7124 |
| | pharvey@harveysiskind.com |
| 5 | sappel@harveysiskind.com |
| 6 | Attorneys for Plaintiffs |
| | SUPER 7 MEDIA, INC. |
| 7 | SUPER 7 RETAIL, INC. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| SUPER 7 MEDIA, INC., a California corporation, and SUPER 7 RETAIL, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> STAN LEE, an individual; POW! ENTERTAINMENT, INC., a Delaware corporation; A SQUARED ENTERTAINMENT, LLC, a California corporation; ARCHIE COMIC PUBLICATIONS, INC., a New York corporation; STAN LEE COMICS, and DOES 1-25, <br><br> Defendants. | Case No. C 10-03442 DMR <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br> **[F.R.C.P. 41(a)(1)]** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the parties' agreement, Plaintiffs Super 7 Media, Inc. and Super 7 Retail, Inc. hereby voluntarily dismiss this action without prejudice.

Dated: September 1, 2010               Respectfully submitted,

                                       HARVEY SISKIND LLP

                                       By:  _____/s/_____
                                            Seth I. Appel

                                       Attorneys for Plaintiffs
                                       SUPER 7 MEDIA, INC.
                                       SUPER 7 RETAIL, INC.

## PROOF OF SERVICE

The undersigned declares: I am a resident of the United States and am employed in the City and County of San Francisco, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 4 Embarcadero Center, 39th Floor, San Francisco, CA 94111.

On the date stated below, I served the following documents:

- **NOTICE OF VOLUNTARY DISMISSAL [F.R.C.P. 41(a)(1)]**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

POW! Entertainment, Inc.  
9440 Santa Monica Boulevard, Suite 620  
Beverly Hills, CA 90210

A Squared Entertainment, LLC  
2049 Century Park East, Suite 3200  
Los Angeles, CA 90067

Archie Comic Publications, Inc.  
325 Fayette Avenue  
Mamaroneck, NY 10543

__X__ **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar with the business practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

_____ **FEDERAL EXPRESS – OVERNIGHT DELIVERY:** I caused such envelope to be deposited with the Federal Express Office prior to the cut-off time for next day delivery with a shipping label properly filled out with delivery to be made to the addressee designated.

_____ **VIA FAX:** The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

__X__ **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

_____ **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 1, 2010 at San Francisco, California.

_/s/ Cynthia Lee_  
Cynthia Lee